**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | | |
|---|---|---|
| **ARIC W. HALL** | § | |
| | § | |
| **v.** | § | **CIVIL ACTION NO. 6:06-CV-528** |
| | § | |
| **UNITED STATES OF AMERICA** | § | |

**ORDER ADOPTING REPORT AND RECOMMENDATION
OF UNITED STATES MAGISTRATE JUDGE**

The above entitled and numbered civil action was referred to United States Magistrate Judge John D. Love pursuant to 28 U.S.C. § 636.  The Report and Recommendation of the Magistrate Judge, which contains his proposed findings of fact and recommendations for the disposition of the action, has been presented for consideration (Doc. No. 29).  Plaintiff Aric Hall filed objections to the Report and Recommendation (Doc. No. 30).  Having carefully considered the objections, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct.  Therefore, the Court hereby adopts the Report and Recommendation of the United States Magistrate Judge as the findings and conclusions of this Court.

Accordingly, it is hereby **ORDERED** that Defendant's motion to dismiss (Doc. No. 27) is **GRANTED**, and Plaintiff's case is **DISMISSED WITH PREJUDICE**.

**So ORDERED and SIGNED this 30th day of January, 2008.**



_____
**LEONARD DAVIS
UNITED STATES DISTRICT JUDGE**